**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH LOUT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. SIDHU, et.al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-00320-DAD-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>[ECF No. 9] |

　　　　Plaintiff Joseph Lout is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Plaintiff filed the instant action on March 8, 2019. On March 12, 2019, the Court found that Plaintiff failed to state a cognizable claim for relief and granted Plaintiff thirty days to file an amended complaint. Plaintiff filed a first amended complaint on April 8, 2019. On May 2, 2019, the undersigned issued Findings and Recommendations recommending the action be dismissed for failure to state a cognizable claim because any due process claim was barred by Heck v. Humphrey, 512 U.S. 477 (1994) and there is not constitutional right against false allegations. (ECF No. 9.) After receiving an extension of time, Plaintiff filed objections to the Findings and Recommendations on June 24, 2019. (ECF No. 12.)

///

1

In his objections, Plaintiff contends that his due process claim is not barred by <u>Heck</u> because his good-time credits were restored, and his sentence calculation was adjusted accordingly. Plaintiff attaches a release date change notice, dated April 8, 2019-the same date he filed the first amended complaint. (ECF No. 12, Ex. A.) Based on Plaintiff's objections, the Court will vacate the May 2, 2019, Findings and Recommendations recommending dismissal and screen the first amended complaint again with the new information. Accordingly, it is HEREBY ORDERED that the Findings and Recommendations issued on May 2, 2019, are VACATED, and the first amended complaint will be screened pursuant to 28 U.S.C. § 1915A in due course.

IT IS SO ORDERED.

Dated: **June 25, 2019**

UNITED STATES MAGISTRATE JUDGE