UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LOUT,<br><br>        Plaintiff,<br><br>    v.<br><br>P. SIDHU,<br><br>        Defendant. | No. 1:19-cv-00320-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION<br><br>(Doc. No. 15) |

      Plaintiff Joseph Lout is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On June 27, 2019, the assigned magistrate judge granted plaintiff one final opportunity to file an amended complaint within thirty (30) days from the date of service of that order. (Doc. No. 14.) Nonetheless, plaintiff failed to file an amended complaint within the time provided. Therefore, on August 12, 2019, the magistrate judge issued findings and recommendations recommending the action be dismissed for failure to comply with a court order, failure to prosecute, and failure to state a cognizable claim for relief. (Doc. No. 15.) The findings

/////

/////

1

and recommendations were served on plaintiff and contained notice that objections were due within fourteen (14) days. (*Id.*) No objections have been filed and the time to do so has expired.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on August 12, 2019 (Doc. No. 15) are adopted in full;
2. This action is dismissed due to plaintiff's failure to comply with a court order, failure to prosecute, and failure to state a cognizable claim for relief; and
3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated: **October 21, 2019**

UNITED STATES DISTRICT JUDGE

---

[1] In fact, on August 19, 2019, the findings and recommendations were returned to the court as undeliverable with a notation that plaintiff paroled.

2